IN THE UNITED DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | * * * | |
| Plaintiff | * * | Civil Action No: 5:15-CV-0032 |
| v. | * * | |
| JAMES WATSON, | * * | |
| Defendant | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, and all claims, counterclaims and defenses asserted therein, however designated, shall be and hereby are dismissed with prejudice in their entirety. Each party shall bear their own costs and attorneys' fees.

This 8th day of February, 2016.

/s/ Paul Scott
Paul Scott
Georgia Bar Number: 140960
Pscott@brbcsw.com
Counsel for the Plaintiff

BROWN, READDICK, BUMGARTNER
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521-0220
(912) 264-8544
(912) 264-9667 FAX

                                                     /s/ W. Douglas Adams
                                                  W. Douglas Adams
                                                  Ga. Bar No. 004650
                                                  1829 Norwich Street
                                                  Brunswick, Georgia 31521-0857
                                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Respectfully submitted this 8th day of February, 2016.

                              s/  Paul M. Scott, Esq._____
                              Paul M. Scott
                              Georgia Bar No: 140960

                              BROWN, READDICK, BUMGARTNER,
                              CARTER, STRICKLAND & WATKINS, LLP
                              P. O. Box 220
                              Brunswick, GA 31521-0220
                              (912) 264-8544
                              (912) 264-9667 (Facsimile)
                              E-Mail: pscott@brbcsw.com

                              Attorney for Plaintiff