IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY | )<br>)<br>)   CV 515-32 |
| v. | )<br>) |
| JAMES WATSON | ) |

## ORDER

The plaintiff Great American Insurance Company, and defendant James Watson, each by and through their respective counsel, have filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This motion is hereby GRANTED. All claims of the plaintiff against defendant, James Watson are hereby dismissed with prejudice.

IT IS HEREBY ORDERED that the complaint of plaintiff shall be, and the same hereby is, dismissed with prejudice pursuant to Rule 41(a)(ii) and (c) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and expenses of litigation.

SO ORDERED this __9__ day of February, 2016.

                                                                    LISA GODBEY WOOD, CHIEF JUDGE
                                                                    UNITED STATES DISTRICT COURT
                                                                    SOUTHERN DISTRICT OF GEORGIA